JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M. HANSON, | NO. CV 08-01218 SJO (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JIM BOHN COMPANY, INC., et al., | |
| Defendants. | |

This action came before the Court on Plaintiff Ana M. Hanson's "Motion for Default Judgment and Confirmation of Arbitration Award." After full consideration of Hanson's Motion and all admissible evidence and documents submitted in support, the Court granted Hanson's motion as to her claims against Defendant Jim Bohn Company, Inc. ("Bohn").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Hanson on all claims;

2. That the Arbitration Award issued in this matter by the Southern California Painters and Allied Trades Labor Management Cooperation Commission on August 20, 2007, is confirmed in its entirety;

3. That Bohn immediately pay the remaining balance of the Arbitration Award equaling $28,936.75 plus prejudgment interest in the amount of 10% per annum for the period from January 25, 2008 through the date of this Judgment; and

1  4.  That Hanson recover from Bohn her costs of suit in the amount of $571.09 and attorney
2      fees in the amount of $2336.21.
3      IT IS SO ADJUDGED.
4  Dated this 12th day of August, 2008.                /S/ S. James Otero

                                                      _____
                                                            S. JAMES OTERO
                                                      UNITED STATES DISTRICT JUDGE

2